COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | BK-S-19-14144-BTB |
| ) | Chapter 11 |
| RICHARD ALAN PIERCE ) | |
| ) | |
| ) | HEARING DATE: August 30, 2019 |
| Debtor. ) | HEARING TIME: 10:00 a.m. |
| ) | Location: Foley Courtroom #4 |

**OPPOSITION TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. §1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CHAPTER 11 CASE AND RESERVATION OF RIGHTS**

COMES NOW, Debtor, RICHARD ALAN PIERCE ("Debtor"), by and through his attorney, COREY B. BECK, ESQ., hereby opposes the Motion of the United States Trustee, Pursuant to 11 U.S.C. §1112(b), and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Chapter 11 Case and Reservation of Rights, filed by Attorneys for the United States Trustee for Region 17 as follows:

Debtor through undersigned counsel asserts that there are unusual circumstances pursuant to §1112(b), which provides "reasonable justification" for acts/omissions. Debtor acknowledges the deficiencies regarding filing schedules, providing IDI documents and attending the IDI, as well as attending the §341 Meeting of Creditors. Debtor has had medical issues which has hampered his ability to get requirements fulfilled. *See Exhibit "1" - Declaration In Support of Motion for Enlarging Time Regarding the July 23, 2019 Order Motion to Extend Stay.*

As the Court's aware, Debtor has been ordered to provide proof of medical conditions/treatment prior to August 27, 2019 hearing. In addition, Debtor is required to file schedules by August 27, 2019 hearing date. These actions will satisfy requirement of

§1112(b)(2)(B). In particular, Debtor by completing order(s) of the Court will substantiate "reasonable justification" and moreover Debtor will be on his way to curing deficiencies in reasonable time.

In addition, Debtor asserts that requirements of §1112(b)(2)(A) are also satisfied. In particular, Debtor submits "there is a reasonable likelihood that a plan will be confirmed within the timeframes established in sections §1121(e)." Debtor has sufficient income to fund a plan and goals are to reorganize arrearage on three investment properties. *See Exhibit "2" - Declaration of Richard Alan Pierce in Support of Motion for Continuation of Automatic Stay.* Therefore, Debtor has made showing that he has "reasonable likelihood that plan would be confirmed."

DATED this 19th day of August, 2019.

/s/ COREY B. BECK, ESQ.
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

|   |   |
|---|---|
| 1 | COREY B. BECK, ESQ. |
|   | Nevada Bar No. 005870 |
| 2 | THE LAW OFFICE OF COREY B. BECK, P.C. |
|   | 425 South Sixth Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Ph.: (702) 678-1999 |
| 4 | Fax: (702) 678-6788 |
|   | becksbk@yahoo.com |
| 5 |   |
|   | Attorney for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In Re: ) BK-S-19-14144-BTB
) Chapter 11
RICHARD ALAN PIERCE )
)
)
)
)    HEARING DATE:   August 30, 2019
                     Debtor. )    HEARING TIME:    10:00 a.m.
)    Location: Foley Courtroom #4

**CERTIFICATE OF MAILING OF OPPOSITION TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11U.S.C. §1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CHAPTER 11 CASE AND RESERVATION OF RIGHTS**

I hereby certify that on the 19th day of August, 2019, I mailed a true and correct copy of the *OPPOSITION TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11U.S.C. §1112(b), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CHAPTER 11 CASE AND RESERVATION OF RIGHTS*, first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

Edward M. McDonald Jr.                **SENT VIA ECF FILING**
Trial Attorney
Office of the United States Trustee
Region 17, Las Vegas Field
300 Las Vegas Blvd., South
Suite 4300
Las Vegas, Nevada 89101
Ph.: (702) 388-6600 Ext. 224
Fax: (702) 388-6258
Email: Edward.M.McDonald@usdoj.gov
Email: USTPRegion17.lv.ecf@usdoj.gov

                                      /s/ VANESSA ANDERSON
                                      An Employee of
                                      The Law Office of Corey B. Beck, P.C.

Exhibit "1"

COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph:  (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

RICHARD ALAN PIERCE

      Debtor.

BK-S-19-14144-BTB
Chapter 11

HEARING DATE: OST PENDING
HEARING TIME: OST PENDING

### DECLARATION IN SUPPORT OF MOTION FOR ORDER ENLARGING TIME REGARDING THE JULY 23, 2019 ORDER MOTION TO EXTEND STAY

STATE OF NEVADA )
      ) ss:
COUNTY OF CLARK )

  RICHARD ALAN PIERCE, having been duly sworn on oath, deposes and says that:

1.  I have several health conditions which have affected my ability to gather information and meet with my attorney to complete Schedules and Statements.

2.  I am currently treating for thyroid condition, diabetes, as well as regulating amount of iron in my blood.

3.  I have desire to prosecute this Chapter 11 case.

4.  I will complete Schedules and Statements if I am allowed more time.

Further Affiant saith naught

                /s/ Richard Alan Pierce
                RICHARD ALAN PIERCE

1

Exhibit "2"

COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                                       ) BK-S-19-14144-BTB
                                                             ) Chapter 11
RICHARD ALAN PIERCE                                          )
                                                             )
                                                             ) HEARING DATE: OST PENDING
                         Debtor.                             ) HEARING TIME: OST PENDING
                                                             )

### DECLARATION OF RICHARD ALAN PIERCE IN SUPPORT OF MOTION FOR CONTINUATION OF AUTOMATIC STAY

STATE OF NEVADA  )
                 ) ss:
COUNTY OF CLARK  )

RICHARD ALAN PIERCE, having been duly sworn on oath, deposes and says that:

1. That I filed a prior Chapter 7 Bankruptcy case on May 24, 2019, Case No. 19-51050. Case was filed in San Jose California (Northern District of California). The case was dismissed on June 19, 2019.

2. That I filed pro se to seek relief from collection action from Gambord Trust Properties.

3. That I am filing Chapter 11 to reorganize 3 investment properties, 9457 Wakashan Avenue, Las Vegas, NV 89149, 1687 Crystal Downs Way, Las Vegas, NV 89123, and 18605 Arguello Avenue, Morgan Hill, CA 95037.

4. That I reside in Nevada about 70% of the time for the past year.

5. I have properties located in Las Vegas, Nevada, as well as, 2 properties located in Morgan Hill, California.

1

6. At present, I net income of approximately $25,000.00 from my plumbing company conducting business - Pierce Plumbing.
7. The monthly mortgage of all 3 properties are $15,600.00.
8. I have sufficient income to fund and organize a Chapter 11 Plan.
9. This bankruptcy is filed in "good faith" as my intention is to reorganize three investment properties I own.

Further Affiant saith naught

RICHARD ALAN PIERCE

2